THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Theius Robert Singleton, Appellant.
 
 
 

Appeal From Spartanburg County
 James C. Williams, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-565
Submitted October 3, 2005  Filed October 25, 2005  

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and David M. Pascoe, Jr., of Summerville, for Respondent.
 
 
 

PER CURIAM:  Theius Robert Singleton appeals his convictions and concurrent sentences of six years, ten years, and ten years for car jacking, assault of a high and aggravated nature, and assault with intent to kill. His counsel contends the trial court failed to adequately inform him of the constitutional rights he waived by entering a guilty plea. After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Singletons appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
ANDERSON, HUFF, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.